# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| ANTHONY TRIVAYL PATTERSON,  *Plaintiff*,  v.  YKK (USA) INC.,  *Defendant*. | CIVIL ACTION NO. 5:24-cv-00258-TES |

## ORDER

Before the Court is Plaintiff Anthony Trivayl Patterson's Motion to Request a Payment Plan for Filing and Service Fees [Doc. 16]. In that Motion, Plaintiff claims "the Court revoked Plaintiff's IFP status on September 19, 2023, requiring Plaintiff to pay the standard filing fees for this action." [Doc. 16, p. 1]. However, the Court never revoked Plaintiff's IFP status. Indeed, the Court granted Plaintiff's Motion to Proceed *In Forma Pauperis* [Doc. 2] on July 30, 2024. *See* [Doc. 3]. The Court did deny Plaintiff's second Motion to Proceed *In Forma Pauperis* [Doc. 11] as moot because, as the Court explained, it granted Plaintiff's first IFP motion and the second IFP motion was unnecessary. *See* [Doc. 13].

The only other Orders, *see* [Doc. 5], [Doc. 15], dealt with the Court's frivolity screening and Plaintiff's Motion for Reconsideration [Doc. 14]. None of those Orders

disturbed the Court's earlier decision granting Plaintiff's IFP motion.

Accordingly, because **there are no fees due**, the Court **DENIES** Plaintiff's Motion to Request a Payment Plan for Filing and Service Fees [Doc. 16] **as moot**.[1]

**SO ORDERED**, this 10th day of October, 2024.

*S/ Tilman E. Self, III*
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Court also notes that Defendant YKK (USA), Inc. filed a Waiver of Service [Doc. 10]. That means service is complete in this case and there are no outstanding fees for service.